# United States Court of Appeals
## For the First Circuit

No. 19-1874

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY,

Defendant, Third-Party Plaintiff, Appellant,

v.

BECKMAN COULTER, INC.; SYSTEM ENGINEERING LABS, INC.; COULTER
REAGENTS, INC; SOLAR MAT OF PUERTO RICO COMPANY, INC.; PUERTO
RICO HOUSING DEPARTMENT; PREMIUM FRUIT COMPANY, INC.; PUERTO
RICO BEVERAGE, INC.; EIG AGUA PURA DE PUERTO RICO, INC.; JUAN
OROZCO LTD., INC.; CATPI, INC.; ORLE INTERNATIONAL CORPORATION;
MUNICIPALITY OF MAUNABO; SUNOCO CARIBBEAN, INC.; INSURER NUMBERS
ONE - TWELVE,

Third-Party Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on November 17, 2021,
is amended as follows:

On page 14, line 17, replace "2020" with "2019" and
"entered" with "endorsed."